Michele R. Stafford (SBN 172509)
Erica J. Russell (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:  (415) 882-7900
Facsimile:  (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs, Bay Area Painters
and Tapers Pension Fund, et al.

R. Bradford Huss (SBN 71303)
Michelle Schuller Lewis (SBN 255787)
TRUCKER HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: mlewis@truckerhuss.com
            bhuss@truckerhuss.com

Attorneys for Defendant, Torben Hansen Enterprises, Inc.
dba Hansen Painting & Decorating, Inc.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.: C14-00182 WHO |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING REGARDING PLAINTIFFS' MOTION FOR AN ORDER TO DETERMINE CLAIM OF EXEMPTION;** |
| v. | |
| TORBEN HANSEN ENTERPRISES, INC. dba HANSEN PAINTING & DECORATING, INC., a California Corporation, | **ORDER THEREON** |
| | Date:        December 9, 2015 |
| Defendant. | Time:        2:00 p.m. |
| | Location:  Ctrm. 2,  17th Floor |
| | Judge:      Honorable William H. Orrick |

The parties hereto respectfully request that the hearing on Plaintiffs' Motion for An Order to Determine Claim of Exemption, currently scheduled for this afternoon, December 9, 2015, be continued to December 16, 2015 at 2:00 p.m., or as soon thereafter as the Court may be available.

1   GOOD CAUSE exists for granting this request as follows:

2        1.    As Plaintiffs' office advised Calendar Clerk and Courtroom Deputy Jean Davis and

3   Defendant's counsel this morning, the attorneys handling this matter on behalf of the Plaintiffs are

4   unable to attend a hearing this afternoon due to illness (Erica J. Russell) and medical leave

5   (Michele R. Stafford), respectively.

6        2.    Ms. Davis provided Plaintiffs' with available dates for a continued hearing and

7   advised that Plaintiffs' counsel that the parties need to file a stipulation to continue the hearing

8   with the Court, provided that Defendant's counsel agrees to a continuance.

9        3.    Defendant's counsel graciously agreed to continue the hearing to December 16,

10   2015, or as soon thereafter as the Court may be available.

11        Based on the foregoing, the parties respectfully request that the Court continue the

12   currently scheduled Motion hearing to December 16, 2015, or as soon thereafter as the Court may

13   be available.

14        **SO STIPULATED.**

    Dated:   December 9, 2015          SALTZMAN & JOHNSON

15                                     LAW CORPORATION

16

17                             By:    _____/S/_____

18                                   Adrian L. Canzoneri
                                Attorneys for Plaintiffs, Bay Area Painters
                                and Tapers Pension Fund, et al.

19       Dated:   December 9, 2015          TRUCKER HUSS

20

21                             By:    _____/S/_____

22                                     Michelle S. Lewis
                                Attorneys for Defendant, Torben Hansen Enterprises,

23                                   Inc. dba Hansen Painting & Decorating, Inc.

24   **IT IS SO ORDERED.**

25        Based on the foregoing, and GOOD CAUSE APPEARING, the currently set hearing on

26

27

28                                           -2-

1    Plaintiffs' Motion for An Order to Determine Claim of Exemption is hereby

2    continued to December 16, 2015 at 2:00 p.m.

3

4    December
      9, 2015    _____                    _____

5                                                    UNITED STATES DISTRICT JUDGE

6                              **ATTESTATION**

7            In accord with the Northern District of California's Civil Local Rule 5-1, I attest that

8    concurrence in the filing of this document has been obtained from each of the other signatories

9    who are listed on the signature page.

10   Dated:   December 9, 2015              SALTZMAN & JOHNSON
                                           LAW CORPORATION
11

12                              By:    _____/S/_____

13                                     Adrian L. Canzoneri
                                       Attorneys for Plaintiffs, Bay Area Painters
14                                     and Tapers Pension Fund, et al.

15

16

17

18

19

20

21

22

23

24

25

26

27

28